794  In re McWhirter Distributing Co., Inc., et al., Fuel Contracts Litigation

| Date | No. | Description |
|---|---|---|
| 88/09/27 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-3), w/EXHIBIT A and CERT. OF SERVICE -- pltfs. McWhirter Distributing Co., Inc. and Mercury Refueling Co., Inc. -- SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: HON. WILLIAM T. KELLER (cds) |
| 88/10/11 | | APPEARANCES: ANDREW W. HYMAN, ESQ. for Peter Hartney and Hartney Oil Company, Inc.; MICHAEL H. BIERMAN, ESQ. for Edward K. Arndt; KAREN L. HUGHES, ESQ. for Payless Express, Inc.; VICTOR NARDIELLO, PRO SE; ALFRED J. LAKRITZ, ESQ. for McWhirter Distributing Co., Inc., et al.; RUSSELL D. HOWELL, ESQ. for Conoco, Inc.; JOHN R. PEARSON, ESQ. for Mobil Oil Corp.; RONALD B. COULOMBE, ESQ. for Richard G. Allen, Poly-Fuels, Inc. and Rianna Oil, Inc. and TOM DAVIS, JR., ESQ. for Texas Eastern Transmission Corp. (rh) |
| 88/10/11 | 2 | SUPPLEMENT INFORMATION TO PLDG. #1 -- (Stipulations to Consolidate and Transfer for Pretrial Proceedings) -- McWhirter Distributing, Co., Inc.; Robert Schilling, Pro Se; John Schilling, Pro Se; Edward K. Arndt; Richard G. Allen; Poly-Fuels, Inc.; Rianna Oil, Inc. and Victor J. Nardiello, Pro Se -- w/cert. of svc. (rh) |
| 88/10/13 | | APPEARANCES: ROBERT SCHILLING, PRO SE; JOHN SCHILLING, PRO SE; R & J ENTERPRISES, PRO SE and STANLEY J. KRIST, ESQ. for Enjet, Inc. (rh) |
| 88/10/14 | 3 | RESPONSE -- (to pldg. #1) Conoco, Inc. -- w/cert. of svc. (rh) |
| 88/10/17 | 4 | RESPONSE -- (to pldg. #1) Texas Eastern Transmission Corp. -- w/cert. of svc. (rh) |
| 88/10/17 | 5 | RESPONSE -- (to pldg. #1) Mobil Oil Corporation -- w/cert. of svc. (rh) |
| 88/10/20 | | APPEARANCE: THOMAS J. DILLON, ESQ. for William H. Shireman and Carson Petroleum Company (rh) |
| 88/11/03 | 6 | RESPONSE (to pldg. #1) -- deft. Enjet, Inc. -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 794 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/11/08 | | APPEARANCE: DAVID H. MILLER, ESQ. for Mark Sertich  (cds) |
| 88/11/10 | 7 | REPLY -- pltfs. McWhirter Distributing Co., Inc. and Mercury Refueling Co., Inc. -- w/cert. of service  (cds) |
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- ALFRED J. LAKRITZ, ESQ. for McWhirter Distributing Co., Inc., Mercury Refueling Co., Inc.; STANLEY J. KRIST, ESQ. for Enjet, Inc.; RUSSELL D. HOWELL, ESQ. for Conoco Inc. and JOHN R. PEARSON, ESQ. for Mobil Oil Corp. (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- Payless Express, Inc.; William H. Shireman; Carson Petroleum Co.; Edward K. Arndt; Texas Eastern Transmission Corp.; Richard G. Allen; Poly-Fuels, Inc., Rianna Oil, Inc., Peter Hartney and Hartney Oil Co. (rh) |
| 88/11/23 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 794 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MCWHIRTER DISTRIBUTING CO., INC., ET AL., FUEL CONTRACTS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 17, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 23, 1988 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: November 23, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 794 -- In re McWhirter Distributing Co., Inc., et al., Fuel Contracts Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | McWhirter Distributing Co., Inc., et al. v. Richard G. Allen, et al. | C.D.Cal. Keller | 87-04854-WTK | | | | |
| A-2 | McWhirter Distributing Co., Inc., et al. v. Enjet, Inc., et al. | S.D.Tex. Black | H-88-1703 | | | | |
| A-3 | McWhirter Distributing Co., Inc., et al. v. In re Richard Gary Allen, Debtor | C.D.Cal. Barr | Adversary SA-88-0253-JB Bankruptcy SA-88-00579-JB | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 794 -- In re McWhirter Distributing Co., Inc., et al. Fuel Contracts Litigation

---

McWHIRTER DISTRIBUTING CO., INC.,
  ET AL. A-1 - A-3
Alfred J. Lakritz, Esq.
16055 Ventura Boulevard
Suite 1228
Encino, California  91436


EDWARD K. ARNDT
Michael H. Bierman, Esq.
Tuttle & Taylor
355 South Grand Avenue
39th Floor
Los Angeles, California  90071-3101


PETER HARTNEY
HARTNEY OIL COMPANY, INC.
Andrew W. Hyman, Esq.
Bishton & Hyman
2029 Century Park East
Suite 3210
Los Angeles, California  90067


WILLIAM H. SHIREMAN
CARSON PETROLEUM COMPANY
Thomas J. Dillon, Esq.
Schuyler, Roche & Zwirner
One Prudential Plaza
130 East Randolph Street
Suite 3800
Chicago, Illinois  60601


CONOCO, INC.
Russell D. Howell, Esq.
Conoco, Inc.
600 North Dairy Ashford Road
McLean 2018
P.O. Box 4783
Houston, Texas  77210


ENJET, INC.
Stanley J. Krist, Esq.
Krist, Kinney, Puckett & Riedmueller
Five Post Oak Park, Suite 2260
Houston, Texas  77027-3416


JOHN SCHILLING
John Schilling, Pro Se
9125 Wicker Avenue
St. John, Indiana  46373


ROBERT SCHILLING
Robert Schilling, Pro Se
9125 Wicker Avenue
St. John, Indiana  46373


R & J ENTERPRISES, INC.
R & J Enterprises, Inc.
9125 Wicker Avenue
St. John, Indiana  46373


MOBIL OIL CORPORATION
John T. Pearson, Esq.
Sewell & Riggs
800 McCorp Plaza
333 Clay Avenue
Houston, Texas  77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. 794 --

---

PAYLESS EXPRESS, INC.
Karen L. Hughes, Esq.
Lucas, Holcomb & Medrea
1000 East 80th Place
Suite 606
Merrillville, Indiana  46410


RICHARD G. ALLEN
POLY-FUELS, INC.
RIANNA OIL, INC.
Ronald B. Coulombe, Esq.
Coulombe & Spiszman
Center Tower, Suite 1850
650 Town Center Drive
Costa Mesa, California  92626


TEXAS EASTERN TRANSMISSION CORP.
Tom M. Davis, Jr., Esq.
Cook, Davis & McFall
909 Fannin, Suite 2600
Houston, Texas  77010-1003


VALKING OF TEXAS, INC.  (No App. Rec'd)
Valking of Texas, Inc.
c/o William Ford
5355 Willowick Place
Anahemim, California  92807


VICTOR J. NARDIELLO
Victor Nardiello, Pro Se
23637 Happy Valley Drive
Newhall, California  91321

---

WHITE FUELS  (No App. Rec'd)
Mark Sertich
c/o White Fuels, Inc.
3810 Eleventh Street
Wyandotte, Michigan  48192


TOM ARNETT
A.K. MARINE, INC.
SHUJA H. ZAIDI
Unable to Determine Counsel or Address


MARK SERTICH
David H. Miller, Esq.
Miller and Berg, P.C.
330 Hamilton Row
Birmingham, MI  48009-3462

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 794 -- In re McWhirter Distributing Co., Inc., et al. Fuel Contracts Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| A.K. Marine, Inc. | A-1 |
| Bill Shirman | A-1 |
| Carson Petroleum | A-1 |
| Conoco, Inc. | A-2 |
| Edward K. Arndt | A-1 |
| Enjet, Inc. | A-2 |
| Hartney Oil Co., Inc. | A-1 |
| John Schilling | A-1 |
| Mobil Oil, Inc. | A-2 |
| Payless Express, Inc. | A-1 |
| Peter Hartney | A-1 |

p. 2

| | |
|---|---|
| Poly-Fuels, Inc. | A-1 |
| R&J Enterprises, Inc. | A-1 |
| Rianna Oil, Inc. | A-1 |
| Richard G. Allen | A-1 |
| Robert Schilling | A-1 |
| Shuja H. Zaidi | A-1 |
| Texas Eastern Transmission Corp. | A-2 |
| Tom Arnett | A-1 |
| Valking of Texas, Inc. | A-1 |
| Victor J. Nardiello | A-1 |
| White Fuels | A-1 |
| MARK SERTICH | A-3 |